**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:18-CV-61-GNS-CHL**

**UNITED STATES OF AMERICA, et al.,**                                                           **Plaintiffs,**

**v.**

**HUMANA, INC.,**                                                                                              **Defendant.**

### ORDER

Before the Court is the Motion of Walgreen Co. ("Walgreens") to Withdraw its previously filed Motion for Protective Order (DN 100) and remand a telephonic hearing set for July 24, 2018.  (DN 103.)  In support of its Motion, Walgreens stated that it reached an agreement with the Parties on the protective order.  Walgreens then separately filed a new Agreed Protective Order (DN 104) that the Court recently ruled upon separately (DN 133).  Defendant Humana, Inc. filed a Response indicating that it did not object to Walgreens's request to withdraw its Motion, but did object to remanding the July 24, 2018 hearing.  The Court held the July 24, 2018 hearing as scheduled.  (DN 106.)

Accordingly,

IT IS HEREBY ORDERED that Walgreens's Motion to Withdraw (DN 103) is **GRANTED IN PART AND DENIED IN PART**.  Walgreens's request to withdraw its Motion for Protective Order (DN 100) is **GRANTED**, and the Motion for Protective Order (DN 100) is hereby **WITHDRAWN**.  Walgreens's request to remand the July 24, 2018 status conference is **DENIED** as moot.

cc:  Counsel of record