**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* STEVEN SCOTT,<br><br>        Plaintiff,<br><br>    v.<br><br>HUMANA INC.,<br><br>        Defendant. | Civil Action No. 3:18-cv-00061-GNS-CHL |

**[PROPOSED] ORDER GRANTING PLAINTIFF-RELATOR STEVEN SCOTT'S MOTION FOR A PROTECTIVE ORDER REGARDING <u>THE SUPPLEMENTAL DEPOSITION OF RICHARD FOSTER</u>**

THIS CAUSE is before the Court on Plaintiff-Relator Steven Scott's motion for a protective order regarding the supplemental deposition of Richard Foster, filed on September 21, 2022. Having reviewed the request, the record, and otherwise being duly advised, it is hereby ORDERED that Humana is not entitled to ask Mr. Foster at his supplemental deposition about: (1) any work product and analysis relating to this case that he performed at the direction of Relator's counsel and then communicated to the government that is not the subject of his expert reports, including the analysis at RELATOR_PRIV_479; (2) any communications with the government concerning drafts of his expert reports or disclosure required under Rule 26(a)(2); or (3) any communications with the government concerning discussions that he had with Relator's counsel – other than communications relating to Mr. Foster's compensation, facts or data that Mr. Foster considered in forming the opinions in his expert report, or any assumptions that Mr. Foster was provided that he relied on in forming the opinions in his report.

2

DONE and ORDERED in Louisville, Kentucky, this ____ day of _____ 2022.

_____
COLIN H. LINDSAY
UNITED STATES MAGISTRATE JUDGE