**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:18-CV-00061-GNS-CHL**

**UNITED STATES OF AMERICA EX REL. STEVEN SCOTT,**          **Plaintiff,**

**v.**

**HUMANA INC.,**                                                                                    **Defendant.**

## ORDER

This matter is before the Court on a motion for protective order (DN 513) filed by Plaintiff-Relator Steven Scott ("Scott").  On June 30, 2022, the Court ordered Relator Scott to produce witness Richard Foster for a supplemental deposition on or before September 28, 2022.  *See* DN 502.  Given the discovery dispute raised by Relator, the undersigned will reset the deadline for Mr. Foster's supplemental deposition after the resolution of Relator's motion for protective order and abbreviate the briefing schedule accordingly.  Further, the undersigned will undertake an *in camera* review of the document(s) identified by Relator as the subject of the Parties' dispute.

Accordingly,

IT IS HEREBY ORDERED that

(1) Defendant shall respond to Relator's motion for protective order on or before **October 3, 2022.**  Plaintiff may file a reply on or before **October 11, 2022.**

(2) Relator shall submit the document identified in the motion as "RELATOR-PRIV-479", including all relevant attachments, for an *in camera* review via e-mail to Chambers_Lindsay@kywd.uscourts.gov.

September 26, 2022

cc:  Counsel of record

Colin H Lindsay, Magistrate Judge
United States District Court