**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:18-CV-00061-GNS-CHL**

**UNITED STATES OF AMERICA EX REL STEVEN SCOTT,**              **Plaintiff,**

v.

**HUMANA, INC.,**                                              **Defendant.**

## SETTLEMENT CONFERENCE REPORT

On November 15, 2022, the undersigned conducted a settlement conference in the above matter with the following appearances:

| | |
|---|---|
| FOR PLAINTIFF: | Steven Scott, plaintiff-relator; Andrew Shen, James Webster, Claire Sylvia, Edward Arens, counsel. |
| FOR DEFENDANT: | Joe Ventura, representative for defendant; Elizabeth Monohan, Katie Palmer-Ball, Lee Blalack, Mike Abate, Amanda Santella, counsel. |

Although settlement discussions were conducted in good faith, the parties were unable to come to an agreement.

*[signature]*

Colin H Lindsay, Magistrate Judge
United States District Court

November 15, 2022

cc: Counsel of record

1|45