# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* STEVEN SCOTT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HUMANA INC.,<br><br>　　　　　　Defendant. | Civil Action No. 3:18-cv-00061-GNS |

## ORDER APPROVING STIPULATION REGARDING

## PRETRIAL DEADLINES AND DEPOSITION DESIGNATIONS

　　This stipulation is entered into by and among Relator Steven Scott ("Relator") and Defendant Humana Inc. ("Humana").

　　WHEREAS, on September 19, 2022, the Court issued an Order (DN 512) setting certain pretrial deadlines (the "Scheduling Order");

　　WHEREAS, the Scheduling Order provides that the parties shall submit initial designations of portions of depositions to be used at trial by February 1, 2023, shall submit deposition counter-designations by February 8, 2023, shall submit objections to deposition designations and counter-designations by February 15, 2023, and shall submit any responses to objections by March 1, 2023;

　　Whereas, the Scheduling Order provides that the parties shall submit motions in limine by February 15, 2023 and shall submit responses to motions in limine by March 1, 2023;

WHEREAS, on December 2, 2022, after meeting and conferring with Relator, Humana filed a motion (DNs 526, 527-1) seeking to extend certain deadlines in the Scheduling Order (the "Motion");

WHEREAS, Humana's Motion sought to extend the deadline for deposition counter-designations from February 8, 2023 to February 15, 2023, the deadline for objections to deposition designations and counter-designations from February 15, 2023 to February 22, 2023, and to extend the deadline for responses to objections from March 1, 2023 to March 8, 2023;

WHEREAS, Humana's Motion sought to extend the deadline to submit motions in limine from February 15, 2023 to February 22, 2023 and sought to extend the deadline to submit responses to motions in limine from March 1, 2023 to March 15, 2023;

WHEREAS, the parties have further met and conferred regarding the relief requested in Humana's Motion as well as procedures regarding pretrial deposition designations more generally;

WHEREAS, the False Claims Act provides for service of a trial subpoena outside of this district, *see* 31 U.S.C. § 3732(a);

IT IS HEREBY STIPULATED AND AGREED that:

1. Relator does not oppose Humana's Motion, and agrees to the modifications to the pretrial deadlines requested in that Motion;

2. The pretrial exchange of deposition designations set forth in the Scheduling Order and referenced in Humana's Motion will be limited to designations of Humana's deposition testimony provided pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure;

3. Subject to the exception described in Paragraph 4, no party shall designate for presentation at trial any testimony provided pursuant to Rule 30(b)(1);

4. If a party reasonably believes that a witness has become "unavailable" for trial (as that term is used in Rule 804(a) of the Federal Rules of Evidence), and that party wishes to present the deposition testimony of that witness at trial, the parties shall meet and confer to determine (a) whether the witness is in fact "unavailable" (including considering the efforts of the offering party to procure the witness's attendance at trial, and the reasons the witness cannot attend trial), and (b) if the parties agree that the witness is unavailable within the meaning of Rule 804(a), a reasonable schedule for exchanging (i) initial deposition designations for that witness, (ii) counter-designations, (iii) objections to initial and/or counter-designations, and (iv) responses to objections to initial and/or counter-designations and/or completeness designations, consistent with the process and template for deposition designations previously agreed to by the parties;

5. If the parties are unsuccessful in reaching agreement on the matters set forth in Paragraph 4, either party may bring the dispute to the Court for resolution;

6. Based on the agreements in this stipulation, as well as the Court's December 5, 2022 Pretrial Order (DN 528), the parties propose the following pre-trial deadlines:

| Event | Proposed Revised Deadlines Based Upon the Parties' Stipulation* and the December 5, 2022 Pretrial Order (DN 528) |
|---|---|
| Witness lists, deposition designations, and exhibit lists due | February 1, 2023 (no change requested) |
| Deposition counter-designations due | February 15, 2023* |
| Objections to witness lists, exhibits, and deposition designations due; Motions in limine due | February 22, 2023* |
| Responses to objections due | March 8, 2023* |
| Responses to motions in limine due | March 15, 2023* |
| Trial brief, proposed jury instructions, and proposed *voir dire* questions | March 22, 2023 |
| Identification and exchange of FRE 1006 exhibits | March 31, 2023 |
| Objections to FRE 1006 exhibits | April 14, 2023 |
| Responses to objections to FRE 1006 exhibits | April 28, 2023 |
| Identification and exchange of trial demonstratives | 24 hours prior to anticipated testimony (for witness demonstratives) or opening statement and closing arguments (for opening and closing demonstratives) |

SO ORDERED.

Greg N. Stivers, Chief Judge
United States District Court

January 3, 2023