# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* STEVEN SCOTT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HUMANA INC.,<br><br>　　　　　Defendant. | Civil Action No. 3:18-cv-00061-GNS-CHL |

## AGREED ORDER PRECLUDING EVIDENCE AND/OR ARGUMENT REGARDING THE AMOUNT OF RESOURCES DEVOTED TO OR MONEY SPENT BY EITHER PARTY IN DEFENDING OR PROSECUTING THIS ACTION

THIS CAUSE came before the Court without a hearing upon the agreement of Relator Steven Scott ("Relator") and Defendant Humana Inc. ("Humana"), jointly the "Parties," regarding the introduction of any evidence and/or argument regarding the amount of resources devoted to or money spent by either Party in defending or prosecuting this action. The Court, having reviewed the file, having noted the agreement between the Parties, and being otherwise informed of the premises, hereby **ORDERS AND ADJUDGES** as follows:

1.　The Parties represent to the Court that they conferred regarding Humana's proposed motion in limine to exclude argument and/or evidence regarding the amount of resources devoted to or money spent by either Party in defending or prosecuting this action.

2.　The Parties stipulate that neither Party will introduce evidence and/or argument regarding the amount of resources devoted to or money spent by either Party in defending or prosecuting this action.

      3.      Accordingly, the Court hereby **ADOPTS** the Stipulation in total and makes it an Order of the Court.

DONE and ORDERED in Louisville, Kentucky.

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2023, a true and accurate copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

/s/ William T. Buffaloe
Counsel for Defendant Humana Inc.