## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* STEVEN SCOTT,<br><br>  Plaintiff,<br><br>  v.<br><br>HUMANA INC.,<br><br>  Defendant. | Civil Action No. 3:18-cv-00061-GNS-CHL |

### ORDER GRANTING PLAINTIFF-RELATOR STEVEN SCOTT'S MOTION TO DEPOSE DAVID PALUCH AND JOSEPH LISS FOR DEPOSITION BEFORE TRIAL

THIS CAUSE is before the Court on Plaintiff-Relator Steven Scott's Motion to Depose David Paluch and Joseph Liss Before Trial, filed on March 8, 2023 (the "Motion"). Having reviewed the request, the record, and otherwise being duly advised, it is hereby ORDERED that the Motion is granted.

DONE and ORDERED in Louisville, Kentucky.