**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* STEVEN SCOTT,<br><br>       Plaintiff,<br><br>   v.<br><br>HUMANA INC.,<br><br>       Defendant. | Civil Action No. 3:18-cv-00061-GNS-CHL |

**ORDER CLARIFYING ORDER (R. 617) AND GRANTING**
**JOINT MOTION TO MODIFY PRETRIAL ORDER (R. 612)**
**TO REMOVE THE REQUIREMENT TO FILE OBJECTIONS TO EXHIBITS AND**
**TO FILE RESPONSES TO OBJECTIONS TO DEPOSITION DESIGNATIONS**

THIS CAUSE is before the Court on Defendant Humana Inc. and Plaintiff-Relator Steven Scott's Joint Motion to modify the September 19, 2022, Pretrial Order (the "September 19, 2022 Order") (R. 512) to remove the provision requiring the filing of responses to objections to exhibits and responses to objections to deposition designations and counter-designations, or, in the alternative to extend the deadline for filing such responses ("Motion"). Having reviewed the Motion, the record, and otherwise being duly advised, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Court's September 19, 2022 Order is MODIFIED as follows:

   a. The provision stating that "counsel shall file all responses to any . . . objections filed" as that provisions applies to (a) responses to objections to exhibits, and (b) responses to objections to deposition designations and counter-designations shall be removed.

3. This Order supersedes the Order dated March 7, 2023 (R. 617).

DONE and ORDERED in Louisville, Kentucky.