UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:18-CV-00061-GNS-CHL

UNITED STATES OF AMERICA
ex rel. STEPHEN SCOTT                                                                                    PLAINTIFF

v.

HUMANA INC.                                                                                              DEFENDANT

## ORDER

There are numerous pretrial motions (DN 568, 569, 570, 571, 572, 573, 574, 575, 576, 577, 578, 579, 580, 581, 582, 583, 584, 585, 586, 590, 591, 592, 593, 594, 595) pending before the Court. In light of the tentative settlement and stay imposed (DN 718), **IT IS HEREBY ORDERED** that the pending motions (DN 568, 569, 570, 571, 572, 573, 574, 575, 576, 577, 578, 579, 580, 581, 582, 583, 584, 585, 586, 590, 591, 592, 593, 594, 595) are **ADMINISTRATIVELY REMANDED**, to be reinstated by subsequent order if necessary.

Greg N. Stivers, Chief Judge
United States District Court

July 10, 2023

cc:    counsel of record