**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* STEVEN SCOTT,<br><br>         Plaintiff,<br>   v.<br><br>HUMANA INC.,<br><br>         Defendant. | No. 3:18-cv-00061-GNS-CHL |

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court on the parties' stipulation of dismissal with prejudice. Having reviewed the stipulation, the Consent to Dismissal With Prejudice filed by the United States, the record, and otherwise being duly advised, it is hereby ORDERED that:

1. This case is dismissed with prejudice, including as to the United States for all claims for the Covered Conduct against Humana.

2. The Court shall retain jurisdiction to adjudicate, if necessary, the amount of Relator's share of the proceeds of this Civil Action, the amount of reasonable attorneys' fees, expenses, and costs awardable to Relator pursuant to 31 U.S.C. § 3730(d), and over any disputes arising out of the Settlement Agreement.

3. Humana and Relator shall meet and confer regarding the amount of reasonable attorneys' fees, costs, and expenses and, if necessary, Relator shall file a fee

petition with the Court for a determination of the amount of reasonable attorneys' fees, costs, and expenses no later than 45 days from the entry of this Order.

Greg N. Stivers, Chief Judge
United States District Court

August 22, 2024