# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
# CIVIL ACTION NO. 3:18-CV-00061-GNS-CHL

**UNITED STATES OF AMERICA,**                                                                       **Plaintiff,**

**v.**

**HUMANA, INC.,**                                                                                   **Defendant.**

## SETTLEMENT CONFERENCE REPORT & ORDER

On November 15, 2024, the undersigned conducted a settlement conference in the above matter with the following appearances:

| | |
|---|---|
| FOR PLAINTIFF: | Andrew C. Shen; Claire M. Sylvia; Edward Arens; James M. Webster, III |
| FOR DEFENDANT: | Elizabeth Monohan; Felix Sharpe; Amanda M. Santella; Michael P. Abate |

Although settlement discussions were conducted in good faith, the Parties were unable to come to an agreement.

Accordingly,

IT IS HEREBY ORDERED that the deadline set for Relator's fee petition in the Court's September 24, 2024, Order (DN 740) is **STAYED** pending further order from the Court. This matter is set for a telephonic status conference before the undersigned on **November 22, 2024, at 10:00 AM ET**.[1]  Counsel for the Parties shall connect to the conference by dialing 1-650-479-3207 and entering access code 2319 759 1660.  Attendees should press # to skip entry of an

---

[1] Counsel is advised that the Court is setting this conference telephonically as a convenience to and cost-saving measure for the Parties. But the telephonic conference is still a court proceeding for which the Court expects counsel to appear on time.  Counsel is cautioned that non-appearance may result in the proceeding being rescheduled for an in-person conference that client representatives must attend and/or the issuance of sanctions pursuant to Fed. R. Civ. P. 16(f).

attendee or host code. At the conference, the Court and the Parties will discuss whether the Parties have come to any agreement regarding a schedule for briefing of the fee petition and any other preliminary issues that need to be addressed before the petition can be filed. Should the Parties need more time to discuss these issues, they may request the conference be rescheduled.

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record

4|30   November 15, 2024