UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* STEVEN SCOTT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HUMANA INC.,<br><br>　　　　　Defendant. | No. 3:18-cv-00061-GNS-CHL |

**[PROPOSED] STIPULATED ORDER REGARDING PAYMENT OF RELATOR'S ATTORNEYS' FEES, COSTS, EXPENSES, AND POST-JUDGMENT INTEREST**

Pursuant to this Court's September 9, 2025 Memorandum Opinion and Order, ECF No. 766, it is hereby ORDERED that:

1. Defendant Humana, Inc. ("Humana") shall pay Relator attorneys' fees in the amount of $27,934,664.40 and costs and expenses in the amount of $2,736,833.21 (collectively, the "Award").

2. Pursuant to 28 U.S.C. § 1961, Humana shall pay Relator post-judgment interest on the Award. Post-judgment interest began accruing on August 22, 2024, the date the Court entered its Order Granting Stipulation of Dismissal with Prejudice, ECF No. 736. The applicable post-judgment interest rate is 4.46%, which represents the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System for the calendar week preceding the August 22, 2024 Order, computed daily and compounded annually.

3. No later than September 24, 2025, Humana shall pay Relator a total of $32,168,639.98, which represents the Award and all accrued post-judgment interest. If Humana

makes this payment before September 24, 2025, Relator will refund Humana $3,914.96 for each day that payment is made before September 24, 2025.

Dated: September 18, 2025

Respectfully submitted,

*/s/ Amanda Santella* (with permission)
K. Lee Blalack, II*
Elizabeth L. McKeen*
Anna T. Pletcher*
William T. Buffaloe*
Amanda Santella*
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
202-383-5300
lblalack@omm.com
emckeen@omm.com
apletcher@omm.com
wbuffaloe@omm.com
asantella@omm.com

*Admitted pro hac vice

Michael P. Abate
KAPLAN JOHNSON ABATE & BIRD LLP
710 West Main Street, 4th Floor
Louisville, KY 40202
502-416-1630
mabate@kplouisville.com

*Attorneys for Defendant Humana Inc.*

*/s/ Andrew C. Shen*
Andrew C. Shen (admitted *pro hac vice*)
David C. Frederick (admitted *pro hac vice*)
James Webster (admitted *pro hac vice*)
Thomas G. Schultz (admitted pro hac vice)
KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK, P.L.L.C
1615 M Street NW, Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
ashen@kellogghandsen.com
dfrederick@kellogghansen.com
jwebster@kellogghansen.com
tschultz@kellogghansen.com

C. Dean Furman
FURMAN & NILSEN PLLC
2527 Nelson Miller Parkway, Suite 101
Louisville, KY 40223
Tel: (502) 245-8883
Fax: (502) 244-8383
dean@lawdean.com

Claire M. Sylvia (admitted pro hac vice)
Edward H. Arens (admitted pro hac vice)
PHILLIPS & COHEN LLP
100 The Embarcadero, Suite 300
San Francisco, CA 94105
Tel: (415) 836-9000
Fax: (415) 836-9001
csylvia@phillipsandcohen.com
earens@phillipsandcohen.com

*Attorneys for Relator Steven Scott*

## CERTIFICATE OF SERVICE

     I hereby certify that on September 18, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

                                               */s/ Andrew C. Shen*
                                               Andrew C. Shen

                                               KELLOGG, HANSEN, TODD,
                                                 FIGEL & FREDERICK, P.L.L.C.

                                               *Counsel for Plaintiff-Relator Steven Scott*